FILED

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION          2026 JUL 29 A 9: 38

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALLAN A. BERNSTEIN,<br><br>Defendant. | Case: 1:25-po-230 |

CRIMINAL INFORMATION

Count 1 (Class B Misdemeanor)

THE UNITED STATES CHARGES THAT:

On or about February 3, 2025, at the George Bush Center for Intelligence in Fairfax County, Virginia, within the Eastern District of Virginia, the defendant, ALLAN A. BERNSTEIN, entered and remained on an Agency installation without authorization.

(In violation of Title 32, Code of Federal Regulations, Part 1903.7(a)).

Respectfully Submitted,

TODD W. BLANCHE
Acting Attorney General

THEOPHANI K. STAMOS
First Assistant United States Attorney

Date: 7/29/2026          By: _____

Solette Magnelli
Special Assistant United States Attorney
Robert McManigal
Assistant United States Attorney